```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                              :

VARIOUS GRAND JURY SUBPOENAS    :

                                                          :

------------------------------------------------------------X

12 Misc. 381

ORDER

WILLIAM H. PAULEY III, United States District Judge:

        The Clerk of the Court shall open the case using the above-referenced caption on the public docket. The Government's and the Respondent's motions and letters will be filed under seal.

Dated: February 19, 2013
       New York, New York

                      SO ORDERED:

                      _____
                      WILLIAM H. PAULEY III,
                      U.S.D.J.

*All Counsel of Record.*