UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
IN RE: VARIOUS GRAND JURY SUBPOENAS   :
:
:
------------------------------------- x

12 MISC 00381

TO BE FILED UNDER SEAL

ORDER TO SHOW CAUSE

12 Misc. _____

*RECEIVED NOV 19 2012 U.S.D.C. S.D.N.Y. CASHIERS*

Upon the application of Preet Bharara, United States Attorney for the Southern District of New York, by Assistant United States Attorneys Daniel W. Levy, David B. Massey, Jason H. Cowley, of counsel, it is hereby

ORDERED that ████████████████████ and ████████████ (collectively, the Subjects"; individually "Subject") show cause at the United States Courthouse, 500 Pearl Street, New York, New York, as soon as counsel may be heard by the United States District Judge to whom this motion is assigned, why an order should not be entered compelling the Subjects to produce certain records called for by various grand jury subpoenas; and IT IS FURTHER

ORDERED that service by overnight mail of a copy of this Order to Show Cause in redacted form, the appended Declaration of Daniel W. Levy, executed on November 19, 2012, in redacted form, and the accompanying Memorandum of Law, on or before November 21, 2012, on:

    Richard A. Levine, Esq., Roberts & Holland LLP, with respect to Subject ████

    Alain Leibman, Esq., Fox Rothschild LLP, with respect to Subject ████

    Christopher M. Ferguson, Esq., Kostelanetz & Fink LLP, with respect to Subject ████

    Robert S. Fink, Esq., Kostelanetz & Fink LLP, with respect to Subject ████ and

Bryan C. Skarlatos, Esq., Kostelanetz & Fink LLP, with respect to Subject ████ shall be deemed to be good and sufficient service; and IT IS FURTHER

ORDERED, that answering papers, if any, shall be served and filed on or before December 10, 2012; and IT IS FURTHER

ORDERED, that reply papers, if any, shall be served and filed on or before December 21, 2012; and IT IS FURTHER

ORDERED that this Order to Show Cause and the accompanying Memorandum of Law and Declaration of Daniel W. Levy be filed with the Clerk of the Court under seal, subject to further Order of the Court.

Dated: New York, New York
       November 19, 2012

*S/ Victor Marrero*
The Honorable Victor Marrero
United States District Judge
Part I