UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
IN RE: VARIOUS GRAND JURY SUBPOENAS      **TO BE FILED UNDER SEAL**

12 MISC. 00381

:
------------------------------------------------------------ x

### DECLARATION OF DANIEL W. LEVY IN SUPPORT OF GOVERNMENT'S MOTION TO COMPEL COMPLIANCE WITH GRAND JURY SUBPOENAS

DANIEL W. LEVY, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1. I am an Assistant United States Attorney in the office of Preet Bharara, United States Attorney for the Southern District of New York.

2. Attached hereto as Exhibit A is a true and correct copy of a grand jury subpoena, dated December 1, 2011, directed to ▮

2. Attached hereto as Exhibit B is a true and correct copy of a grand jury subpoena, dated December 1, 2011, directed to ▮

3. Attached hereto as Exhibit C is a true and correct copy of a grand jury subpoena, dated May 24, 2012, directed to ▮

4. Attached hereto as Exhibit D is a true and correct copy of a grand jury subpoena, dated December 9, 2011, directed to ▮

5. Attached hereto as Exhibit E is a true and correct copy of a grand jury subpoena, dated October 4, 2010, directed to ▮

6. Exhibits A through E were validly served on the person to whom each grand jury subpoena was directed or service of the same was accepted by counsel for the person to whom each grand jury subpoena was directed.

7. Attached hereto as Exhibit F is a true and correct copy of Department of the Treasury Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts.

8. Attached hereto as Exhibit G is a true and correct copy of <u>United States v. Wegelin & Co., *et al.*</u>, Indictment S1 12 Cr. 02 (JSR).

9. Attached hereto as Exhibit H is a true and correct copy of <u>United States v. Singenberger</u>, Indictment 11 Cr. 620 (LAK).

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 19, 2012, at New York, New York.

*[signature]*
Daniel W. Levy