UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                  :        **CERTIFICATE OF SERVICE**

IN RE: VARIOUS GRAND JURY SUBPOENAS  :        12 Misc. 381

                                  :
------------------------------------x

       DANIEL W. LEVY, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

       1.     I am an Assistant United States Attorney in the office of Preet Bharara, United States Attorney for the Southern District of New York.

       2.     On November 19, 2012, I caused a true and correct copy of the: Order to Show Cause, dated November 19, 2012, in redacted form; the appended Declaration of Daniel W. Levy, executed on November 19, 2012, in redacted form and together with the specific exhibits relevant to each of the counsel listed below; and accompanying Memorandum of Law, together with the appendices thereto, to be served by overnight mail upon:

       Richard A. Levine, Esq., Roberts & Holland LLP, Roberts & Holland LLP, 825 Eighth Ave., New York, NY 10019;

       Alain Leibman, Esq., Fox Rothschild LLP, 997 Lenox Dr., Bldg. 3, Lawrenceville, NJ 08648;

       Christopher M. Ferguson, Esq., Kostelanetz & Fink LLP, 7 World Trade Center, New York, NY 10007;

       Robert S. Fink, Esq., Kostelanetz & Fink LLP, 7 World Trade Center, New York, NY 10007; and

       Bryan C. Skarlatos, Esq., Kostelanetz & Fink LLP, 7 World Trade Center, New York, NY 10007

3. On November 20, 2012, I caused a true and correct copy of this Certificate of Service to be sent via United States mail to the above-referenced counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 20, 2012, at New York, New York.

_____
Daniel W. Levy