UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                      :

IN RE: VARIOUS GRAND JURY SUBPOENAS   :    12 Misc. 381 (WHP)

                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

TO:   Clerk of the Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests that the Clerk of the Court:

(A)    note his appearance in this case; and

(B)    add him as a filing user to whom Notices of Electronic Filing will be transmitted

in this case.

                                        Respectfully submitted,

                                        PREET BHARARA
                                        United States Attorney


                          By:     _____/s/_____
                                        Daniel W. Levy
                                        Assistant United States Attorney
                                        Telephone:  (212) 637-1062

To:   Richard A. Levine, Esq., Roberts & Holland LLP
        Alain Leibman, Esq., Fox Rothschild LLP
        Caroline Rule, Esq., Kostelanetz & Fink LLP
        David A. Katz, Esq., Katz & Associates
        Vic Abajian, Esq., Abajian Law