UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :

IN RE: VARIOUS GRAND JURY SUBPOENAS   :   12 Misc. 381 (WHP)

                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

TO:   Clerk of the Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests that the Clerk of the Court:

(A)   note his appearance in this case; and

(B)   add him as a filing user to whom Notices of Electronic Filing will be transmitted

in this case.

                                    Respectfully submitted,

                                    PREET BHARARA
                                    United States Attorney


                           By:    _____/s/_____
                                    David B. Massey
                                    Assistant United States Attorney
                                    Telephone:  (212) 637-2283

To:   Richard A. Levine, Esq., Roberts & Holland LLP
      Alain Leibman, Esq., Fox Rothschild LLP
      Caroline Rule, Esq., Kostelanetz & Fink LLP
      David A. Katz, Esq., Katz & Associates
      Vic Abajian, Esq., Abajian Law