KOSTELANETZ & FINK, LLP
7 WORLD TRADE CENTER
NEW YORK, NEW YORK 10007

TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

December 10, 2012

TO BE FILED UNDER SEAL

Clerk of the Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    In re Various Grand Jury Subpoenas, 12 Misc. 00381

Dear Clerk of the Court:

      Respondent SUBJECT B hereby joins in the Memorandum of Law in Opposition to Government's Motion to Compel Compliance With Grand Jury Subpoenas, filed by his counsel, Kostelanetz & Fink, LLP, on behalf of three respondents in the above-captioned matter.

Respectfully yours,

Caroline Rule

Enc.

cc:    By Hand:
       Hon. Miriam Goldman Cedarbaum
       AUSAs Daniel W. Levy, David B. Massey, and Jason H. Cowley