UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                                    12 Misc. 381 (WHP)
In re:

VARIOUS GRAND JURY SUBPOENAS                           NOTICE OF APPEAL


-----------------------------------------------------------------X

     PLEASE TAKE NOTICE that, pursuant to Federal Rule of Appellate Procedure 4(a), Respondents "Subject B" and "Subject C" hereby appeal to the United States Court of Appeals for the Second Circuit from the Order of the United States District Court for the Southern District of New York (Pauley, J.) dated April 23, 2013 finding Subjects B and C in civil contempt of court.

Dated:  New York, New York
        April 25, 2013

                                                  /s/
                                      Caroline Rule (CR-6503)
                                      Robert S. Fink (RSF-7924)
                                      Brian P. Ketcham (BPK-9934)
                                      Kostelanetz & Fink, LLP
                                      7 World Trade Center, 34th Floor
                                      New York, NY 10007

## **CERTIFICATE OF SERVICE**

      The undersigned counsel hereby certifies that the forgoing document was served on the parties of record by electronic filing to the following:

Daniel W. Levy, Esq.
David B. Massey, Esq.
Assistant U.S. Attorneys
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

      This, the 25th day of April, 2013

          /s/ Brian P. Ketcham
Brian P. Ketcham (BPK-9934)
Kostelanetz & Fink, LLP
7 World Trade Center, 34th Floor
New York, NY 10007