UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
IN RE: VARIOUS GRAND JURY SUBPOENAS   :   12 Misc. 381 (WHP)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

TO: Clerk of the Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests that the Clerk of the Court:

(A)  note his appearance in this case; and

(B)  add him as a filing user to whom Notices of Electronic Filing will be transmitted

in this case.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____/s/_____
Jason H. Cowley
Assistant United States Attorney
Telephone:  (212) 637-2479

To: Richard A. Levine, Esq., Roberts & Holland LLP
Alain Leibman, Esq., Fox Rothschild LLP
Caroline Rule, Esq., Kostelanetz & Fink LLP
David A. Katz, Esq., Katz & Associates
Vic Abajian, Esq., Abajian Law