PARTNERS
MORRIS L. KRAMER
RICHARD A. LEVINE
LARY S. WOLF
HOWARD J. LEVINE
ELLIOT PISEM
JOSEPH LIPARI
NORMAN J. MISHER
STUART J. GROSS
MARK DAVID ROZEN
DAVID E. KAHEN
QUINCY COTTON
ALLEN J. ERREICH
EZRA DYCKMAN
JOANN LUEHRING
MICHAEL J. MILLER
ELLEN SEILER BRODY

# ROBERTS & HOLLAND LLP
ATTORNEYS AT LAW

WORLDWIDE PLAZA
825 EIGHTH AVENUE, 37TH FLOOR
NEW YORK, NY 10019-7498
TEL (212) 903-8700   FAX (212) 974-3059

5301 WISCONSIN AVENUE, N.W.
SUITE 420
WASHINGTON, DC 20015-2064
TEL (202) 293-3400   FAX (202) 293-0479

www.robertsandholland.com

COUNSEL
SANFORD H. GOLDBERG
RONALD A. MORRIS
ARTHUR W. BRILL
LIONEL ETRA
THEODORE D. PEYSER*
DEBRA G. KOSAKOFF

DAVID A. WEINTRAUB
MARK E. WILENSKY
LANA A. KALICKSTEIN
JESSICA G. WEINBERG
EMILY BRUNNER
JASON K. BINDER
LIBIN S. ZHANG
DANIEL W. STAHL
BRANDON A. SCHWARTZ
CHARLES C. SHULMAN
JUDY M. HENSLEY

*NOT ADMITTED IN NEW YORK

WRITER'S DIRECT NUMBER
(212) 903-8729

**TO BE FILED UNDER SEAL**

December 7, 2012

Hon. Victor Marrero, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: **In re: Various Grand Jury Subpoenas**
    **12-MISC 00381 (SEALED)**

Dear Judge Marerro:

The undersigned represents SUBJECT A the Respondent on the grand jury subpoena annexed as Exhibit A to the Declaration of Daniel W. Levy, which accompanies the Government's pending application in the above-referenced case. In response to the subpoena, Respondent asserted his Fifth Amendment "act of production" privilege. Respondent opposes the Government's motion to compel compliance with the subpoena in contravention of his constitutional privilege. I believe that the grand jury subpoena issued to SUBJECT A is virtually identical to the grand jury subpoenas issued to the respondents named in Exhibits B, C and D to the Levy Declaration. Accordingly, Respondent relies upon, and adopts the arguments and analysis set forth in, the Memorandum of Law in opposition being filed by the law firm of Kostelanetz & Fink, LLP, on behalf of three of the respondents identified in those Exhibits to the Levy Declaration.

Respectfully yours,

Richard A. Levine

cc:   Daniel W. Levy, AUSA
      David B. Massey, AUSA
      Jason H. Cowley, AUSA

{00284198-1}