UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

VARIOUS GRAND JURY SUBPOENAS

------------------------------------------------------------X

12 Misc. 381 (WHP)

NOTICE OF APPEAL

    PLEASE TAKE NOTICE that, pursuant to Federal Rule of Appellate Procedure 4(a), Respondent "Subject A" hereby appeals to the United States Court of Appeals for the Second Circuit from the Order of the United States District Court for the Southern District of New York (Pauley, J.) dated April 23, 2013 finding Subject A in civil contempt of court.

Dated: New York, New York
       April 30, 2013

/s/ Richard A. Levine
Richard A. Levine (RL-4451)
Roberts & Holland LLP
825 Eighth Avenue, 37th Floor
New York, NY 10019

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the forgoing document was served on the parties of record by electronic filing to the following:

Daniel W. Levy, Esq.
David B. Massey, Esq.
Assistant U.S. Attorneys
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

This, the 30th day of April, 2013

/s/ Richard A. Levine
Richard A. Levine (RL-4451)
Roberts & Holland LLP
825 Eighth Avenue, 37th
Floor   New York, NY 10019