UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

                                                    12 Misc. 381 (WHP)

In re:


VARIOUS GRAND JURY SUBPOENAS                        NOTICE OF APPEAL



-----------------------------------------------------------------X


        PLEASE TAKE NOTICE that, pursuant to Federal Rule of Appellate Procedure

4(a), Respondent "Subject E" hereby appeals to the United States Court of Appeals for

the Second Circuit from the Order of the United States District Court for the Southern

District of New York (Pauley, J.) dated April 23, 2013, finding Subject E in civil

contempt of court.



Dated:  New York, New York
        April 30, 2013

                                        ____/s/____Alain Leibman_____
                                        Fox Rothschild LLP
                                        997 Lenox Drive
                                        Lawrenceville, NJ  08648

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the forgoing Notice of Appeal was served on the parties of record by electronic filing to the following:

Daniel W. Levy, Esq.
David B. Massey, Esq.
Assistant U.S. Attorneys
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

This 30th day of April, 2013.

_____/s/____ Alain Leibman_____
Fox Rothschild LLP
997 Lenox Drive
Lawrenceville, NJ 08648