**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | 12 Misc. 381 (WHP) |
| VARIOUS GRAND JURY SUBPOENAS | **MOTION FOR ADMISSION PRO HAC VICE** |

_____

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, David A. Katz, hereby move this court for an Order for admission to practice Pro Hac Vice to appear as counsel for Seal D in the above-captioned action.

    I am a member in good standing of the bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. In 2007, I was admitted pro hac vice in the Southern District of New York to represent, and I represented, Mr. Peng in *United States v. Peng,* 07 CR 01214 (RPP).

Dated:  April 30, 2013    Respectfully Submitted,

/s/_____

David A. Katz, Cal. Bar No. 112874
Katz & Associates
433 N. Camden Dr., Ste. 600
Beverly Hills, CA 90210
P: (310)279-5111 / F: (310)279-5112
katznassoc@aol.com