# United States District Court

## Central District of California

**CERTIFICATE OF GOOD STANDING**

I, TERRY NAFISI, Clerk of this Court, certify that

David A. Katz, Bar 112874

duly admitted to practice in this Court on _____March 15, 1984_____

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on _____May 1, 2013_____
   *DATE*

TERRY NAFISI
District Court Executive, Clerk of Court

By _____
Lupe Thrasher, Deputy Clerk

G-52 (09/08)(Rev. AO 136)   CERTIFICATE OF GOOD STANDING - MEMBER OF BAR