## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:

VARIOUS GRAND JURY SUBPOENAS

_____

12 Misc. 381 (WHP)

**ORDER FOR ADMISSION PRO HAC VICE**

    The motion of David A. Katz, for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

    David A. Katz, Cal. Bar No. 112874
    Katz & Associates
    433 N. Camden Dr., Ste. 600
    Beverly Hills, CA 90210
    P: (310)279-5111 / F: (310)279-5112
    katznassoc@aol.com

Applicant having requested admission to appear Pro Hac Vice for all purposes as counsel for Subject D in the above entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: May ___, 2013                                    _____
                                                                   United States District Judge