# Supreme Court of California

FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### DAVID ALONSO KATZ

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that DAVID ALONSO KATZ, #112874, was on the 15th day of March 1984 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 3d day of May 2013.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By:_____
C. Cahoon, Deputy Clerk