UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re:                                                           :

                                       12 Misc. 381 (WHP)

VARIOUS GRAND JURY SUBPOENAS            :

                                                                 :
----------------------------------------------------------------X

## NOTICE OF SIGNED STIPULATION

       PLEASE TAKE NOTICE of the filing of the attached Stipulations of Subjects A through

E, in redacted form, pursuant to the Civil Contempt Order, dated April 23, 2013.

Dated:  May 7, 2013
         New York, New York

                                      Respectfully submitted,

                                        PREET BHARARA
                                        United States Attorney

                            By:    /s/_____
                                    Daniel W. Levy
                                   Assistant United States Attorney
                                   Telephone:  (212) 637-1062

To:     Richard A. Levine, Esq., Roberts & Holland LLP
          Alain Leibman, Esq., Fox Rothschild LLP
          Caroline Rule, Esq., Kostelanetz & Fink LLP
          David Katz, Esq, Katz & Associates
          Vic Abajian, Esq., Abajian Law, P.C.