Case 1:12-mc-00381-P1  Document 30-2  Filed 05/07/13  Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/13

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

12 Misc. 381 (WHP)

In re:

VARIOUS GRAND JURY SUBPOENAS

**ORDER FOR ADMISSION
PRO HAC VICE**

---

The motion of David A. Katz, for admission to practice Pro Hac Vice in the above

captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state

of California; and that his contact information is as follows:

David A. Katz, Cal. Bar No. 112874
Katz & Associates
433 N. Camden Dr., Ste. 600
Beverly Hills, CA 90210
P: (310)279-5111 / F: (310)279-5112
katznassoc@aol.com

Applicant having requested admission to appear Pro Hac Vice for all purposes as counsel

for Subject D in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice

in the above captioned case in the United States District Court for the Southern District of

New York.  All attorneys appearing  before this Court are subject to the Local Rules of

this Court, including the Rules governing discipline of attorneys.

Dated: May __1__, 2013

_____
United States District Judge

1