**MANDATE**

N.Y.S.D. Case # 12-mc-0381(WHP)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of March, two thousand and fourteen.

_____

In Re: VARIOUS GRAND JURY SUBPOENAS

**ORDER**
Docket No. 13-1794(con)

_____

Appellant Subject E and the Appellee have filed a stipulation withdrawing the appeal in docket number 13-1794, pursuant to FRAP 42(b).

The stipulation is hereby so ordered.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 21, 2014

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/21/2014