**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---

In re:

VARIOUS GRAND JURY SUBPOENAS

---

12 Misc. 381 -WHP

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

For good cause shown, the motion of David A. Katz to withdraw as counsel for Subject D, nunc pro tunc to September 29, 2014, in the above captioned action is GRANTED.

**IT IS SO ORDERED**.

Dated:   November ___, 2014           _____
                                      Hon. William H. Pauley III
                                      United States District Judge