# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re:

VARIOUS GRAND JURY SUBPOENAS

-------------------------------------------------------------x

12 Misc. 381 (WHP)

NOTICE OF APPEAL

     PLEASE TAKE NOTICE that, pursuant to Federal Rule of Appellate Procedure 4(a), Respondent "Subject D" hereby appeals to the United States Court of Appeals for the Second Circuit from the Order of the United States District Court for the Southern District of New York (Pauley, J.) dated April 23, 2013, finding Subject D in civil contempt of court.

Dated: May 10, 2013

Respectfully Submitted,

/s/_____

David A. Katz, Cal. Bar No. 112874
Katz & Associates
433 N. Camden Dr., Ste. 600
Beverly Hills, CA 90210
P: (310)279-5111 / F: (310)279-5112
katznassoc@aol.com

# **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that the foregoing document was served on the parties of record by electronic filing to the following:

AUSA Daniel W. Levy
AUSA David B. Massey
U.S. Attorney's Office
Southern District of New York
Onee St. Andrew's Plaza
New York, NY 10007

Dated: May 10, 2013                                 Respectfully Submitted,

/s/_____

David A. Katz, Cal. Bar No. 112874
Katz & Associates
433 N. Camden Dr., Ste. 600
Beverly Hills, CA 90210
P: (310)279-5111 / F: (310)279-5112
katznassoc@aol.com