```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/13
```

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:

VARIOUS GRAND JURY SUBPOENAS

12 Misc. 381 (WHP)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of David A. Katz, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

David A. Katz, Cal. Bar No. 112874
Katz & Associates
433 N. Camden Dr., Ste. 600
Beverly Hills, CA 90210
P: (310)279-5111 / F: (310)279-5112
katznassoc@aol.com

Applicant having requested admission to appear Pro Hac Vice for all purposes as counsel for Subject D in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: May 7, 2013

United States District Judge

1

D