**From:** Cowley, Jason (USANYS) (USANYS) <Jason.Cowley@usdoj.gov>
**To:** Katznassoc <katznassoc@aol.com>
**Subject:** RE: 13-1644 In Re: VARIOUS GRAND JURY SUBP
**Date:** Tue, Oct 14, 2014 8:11 am

David,

As you know, the Second Circuit issued a decision on October 1, 2014 affirming the district court's order. As you are also aware, pursuant to the district court's order, a sanction of $1000 per day is due until your client complies with the Court's order, with the sanctions being stayed until ten days after the Second Circuit enters a decision on this matter. Accordingly, as of today, your client owes $4000 in sanctions.

Please let me know immediately when you anticipate your client will abide by the court's order and produce the required documents or if he will continue to incur sanctions.

Regards,

Jason

Jason Cowley

Assistant United States Attorney
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007
Tel:  212.637.2479
Fax: 212.637.0421