USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

VARIOUS GRAND JURY SUBPOENAS

12 Misc. 381 -WHP

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

For good cause shown, the motion of David A. Katz to withdraw as counsel for Subject D, nunc pro tunc to September 29, 2014, in the above captioned action is GRANTED.

**IT IS SO ORDERED.**

Dated: November ___, 2014 [Oct. 31]

**SO ORDERED:**

_Deborah A. Batts_
**U.S.D.J.**

Part one