AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| IN RE: VARIOUS GRAND JURY SUBPOENAS ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  12 Misc. 381 (WHP) |
| ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States.

Date: 06/13/2016

/s/
*Attorney's signature*

Jared Lenow JL 7435
*Printed name and bar number*

U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, New York 10007
*Address*

jared.lenow@usdoj.gov
*E-mail address*

(212) 637-1068
*Telephone number*

(212) 637-2387
*FAX number*