UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In re:                                          :
                                                         12 Misc. 381
VARIOUS GRAND JURY SUBPOENAS    :
                                                         ORDER
                                                :
---------------------------------------------------------------X

WILLIAM H. PAULEY III, District Judge:

        The Government has filed a motion asking this Court to impose additional contempt sanctions against Subject E.  (ECF No. 42.)  Any opposition to the Government's motion is due by August 29, 2016.  Any reply is due by September 12, 2016.  Oral argument is scheduled for October 14, 2016 at 11:30 a.m.

        The Clerk of Court is directed to assign this action to this Court's docket.

Dated:    July 29, 2016
            New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.