**FOX ROTHSCHILD LLP**
By:   Alain Leibman, Esq. (AL8971)
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, New Jersey 08648
Telephone: (609) 896-3600
Facsimile: (609) 896-1469
*Attorneys for Subject E*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VARIOUS GRAND JURY SUBPOENAS | 1:12-mc-00381 (WHP) <br><br> **APPEARANCE OF COUNSEL** |

To: Clerk of the Court and all parties of record:

I am admitted to practice in this Court and I appear in this case as counsel for Subject E.

Date: August 1, 2016

_____
Alain Leibman – bar # AL8971

Fox Rothschild LLP
997 Lenox Drive, Bldg. 3
Lawrenceville, NJ  08648
aleibman@foxrothschild.com
(609) 895-6743 (tel)
(609) 896-1469 (fax)