**FOX ROTHSCHILD LLP**
By:   Matthew S. Adams, Esq. (MA9984)
75 Eisenhower Parkway
Suite 200
Roseland, New Jersey 07068
Telephone: (973) 994-7573
Facsimile: (973) 992-9125
*Attorneys for Subject E*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VARIOUS GRAND JURY SUBPOENAS | 1:12-mc-00381 (WHP)<br><br>**APPEARANCE OF COUNSEL** |

To: Clerk of the Court and all parties of record:

I am admitted to practice in this Court and I appear in this case as counsel for Subject E.

Date: August 1, 2016

_____
Matthew S. Adams – bar # MA9984

Fox Rothschild LLP
75 Eisenhower Parkway
Suite 200
Roseland, New Jersey 07068
madams@foxrothschild.com
(973) 994-7573 (tel)
(973) 992-9125 (fax)