

Fox Rothschild LLP
ATTORNEYS AT LAW

Mail: P.O. Box 5231, Princeton, NJ 08543-5231

Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311
Tel 609.896.3600 Fax 609.896.1469
www.foxrothschild.com

Alain Leibman
Direct Dial: (609) 895-6743
Email Address: aleibman@foxrothschild.com

August 25, 2016

***VIA ECF***
Hon. William H. Pauley, III, U.S.D.J.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: In re Various Grand Jury Subpoenas
Misc. No. 12-381 (WHP)

Dear Judge Pauley:

We represent Subject E, the respondent on the Government's Motion for Sanctions, filed in this grand jury matter on June 13, 2016. According to the briefing schedule set by the Court, Subject E's responding papers are due to be filed on August 29, 2016.

We write to request the Court's permission to file our papers, consisting of a memorandum of law and Declaration of counsel with attached exhibits, under seal. The Government's motion is fact-specific as concerns a number of matters which have occurred before the grand jury. Our memorandum of law is, therefore, necessarily also replete with grand jury information and matters, and the Declaration of counsel attaches documents generated in or relating to grand jury matters. As such, our responding papers reflect "matter[s] occurring before the grand jury," Fed. R. Crim. P. 6(e)(2)(B), and are obliged to be treated confidentially under the Rule.

At the suggestion of Your Honor's deputy clerk, we are filing this letter via ECF to solicit the Court's permission to file the responding papers on August 29th by emailing the same to the deputy clerk. If the Court wishes the originals of those papers, as well, we would be pleased to overnight them directly to Chambers, in addition to the emailed copies. We will also serve the Government with our papers on August 29th by email.

A Pennsylvania Limited Liability Partnership

California Colorado Connecticut Delaware District of Columbia Florida
Illinois Nevada New Jersey New York Pennsylvania Texas

Hon. William H. Pauley, III, U.S.D.J.
August 25, 2016
Page 2

We look forward to receipt of the Court's guidance concerning the manner in which it will permit the filing of these confidential responding papers.

Respectfully yours,

Alain Leibman

AL/bc
cc. Matthew S. Adams, Esq.
AUSA Jared Lenow (*via ECF*)