

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

September 12, 2016

**BY ECF**

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: **IN RE: VARIOUS GRAND JURY SUBPOENAS,**
      **12 Misc. 381 (WHP)**

Dear Judge Pauley:

  The Government respectfully requests permission to file a reply brief that is approximately 25 pages long in response to Subject E's opposition memorandum in this matter. Subject E's memorandum is approximately 31 pages and raises numerous issues and arguments, and the Government would like additional space to properly respond. Subject E, through counsel, does not object to this request.

           Respectfully submitted,

           PREET BHARARA
           United States Attorney

     By: _____
        Jared Lenow
        Assistant United States Attorney
        (212) 637-1068

cc (by email):

Alain Leibman, Esq.
*Counsel for Subject E*