

David B. Massey
D 212.530.1809
F 917.344.8809
dmassey@rkollp.com

September 13, 2016

The Honorable William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

<u>In re: Various Grand Jury Subpoenas</u>
12 Misc. 381 (WHP)

Dear Judge Pauley:

    I originally appeared in this matter as an Assistant U.S. Attorney for the Southern District of New York. I left the U.S. Attorney's Office in December 2013 and am now in private practice as a partner of Richards Kibbe & Orbe LLP. I continue to receive CM/ECF notices for this case at my Richards Kibbe email address. If it would be no trouble to the Court, I respectfully request that I be removed from the court's CM/ECF electronic filing system in reference to this matter.

    The e-mail address to be removed from mailing lists and notices of electronic filings in this matter is: David B. Massey: dmassey@rkollp.com.

Respectfully submitted,

David B. Massey

cc: All Counsel of Record (via ECF)