# McKool Smith

Daniel W. Levy
Direct Dial: (212) 402-9412
E-mail: dlevy@mckoolsmith.com

One Bryant Park
47th Floor
New York, NY 10036

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

September 15, 2016

By ECF
The Honorable William H. Pauley III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1920
New York, New York  10007

   Re:  In re: Various Grand Jury Subpoenas
       12 Misc. 381 (WHP)

Dear Judge Pauley:

  I originally appeared in connection with this matter as an Assistant U.S. Attorney for the Southern District of New York.

  I have since left the U.S. Attorney's Office and am now in private practice as a principal of McKool Smith P.C.

  I respectfully request that I be removed from the court's CM/ECF electronic filing system in reference to this matter.

           Respectfully submitted,

           /s/

           Daniel W. Levy

Cc: All Counsel (by ECF)

SO ORDERED:

_____
The Honorable William H. Pauley
United States District Judge

**McKool Smith**
**A Professional Corporation • Attorneys**
Austin  |  Dallas  |  Houston  |  Los Angeles  |  Marshall  |  New York  |  Silicon Valley  |  Washington, DC

1251624