UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

In re:                                              :

                                                         12 Misc. 381

VARIOUS GRAND JURY SUBPOENAS          :

                                                              ORDER

                                                    :

--------------------------------------------------------------X

WILLIAM H. PAULEY III, District Judge:

       The oral argument on the Government's motion for sanctions is adjourned from

October 14, 2016 at 11:30 a.m. to November 3, 2016 at 3 p.m.

Dated:    October 12, 2016
          New York, New York

               SO ORDERED:

               WILLIAM H. PAULEY III
                    U.S.D.J.