

## Fox Rothschild LLP
ATTORNEYS AT LAW

Mail: P.O. Box 5231, Princeton, NJ 08543-5231

Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311
Tel 609.896.3600  Fax 609.896.1469
www.foxrothschild.com

Alain Leibman
Direct Dial: (609) 895-6743
Email Address: aleibman@foxrothschild.com

February 8, 2017

**_VIA ECF_**
Hon. William H. Pauley, U.S.D.J.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    In re Various Grand Jury Subpoenas (Subject E)
             <u>Misc. No. 12-381 (WHP)</u>

Dear Judge Pauley:

    We represent Subject E, the respondent held in contempt by the Court in the Court's Opinion and Order, dated January 24, 2017 (Doc. #60). Respondent has fully complied with that Order, and seeks, in advance of the February 14th date when financial sanctions begin to take effect, to purge the contempt and vacate the citation and provision for sanctions.

    We wish to file on this date a Motion to purge, since the Government has declined to consent to that relief, nowithstanding full compliance.

    While the Motion may be filed of record, we write to request permission to file *in camera* and under seal a memorandum of law and Declaration in support of the Motion, as both reflect matters occurring before the grand jury, within the meaning of Fed. R. Crim. P. 6(e)(2)(B). (The Court previously permitted, by endorsement memo, a similar protocol with regard to Respondent's papers in opposition to the Government's motion for sanctions. (*See* Doc. #47)). Accordingly, we once again ask the Court's permission to make an *in camera* and under seal filing of the supporting papers by emailing the same to the Court's deputy clerk.

A Pennsylvania Limited Liability Partnership

California   Colorado   Connecticut   Delaware   District of Columbia   Florida
Illinois   Nevada   New Jersey   New York   Pennsylvania   Texas



Hon. William H. Pauley, U.S.D.J.
February 8, 2017
Page 2

      We look forward to the Court's early guidance, in light of the looming February 14th date.

Respectfully yours,

Alain Leibman

AL/bc
cc.    AUSA Jared Lenow (*via ECF*)
       AUSA Katherine Reilly (*via ECF*)
       Matthew S. Adams, Esq. (*via ECF*)