**MEMO ENDORSED**



**Fox Rothschild** LLP
ATTORNEYS AT LAW

Mail: P.O. Box 5231, Princeton, NJ 08543-5231

Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311
Tel 609.896.3600  Fax 609.896.1469
www.foxrothschild.com

Alain Leibman
Direct Dial: (609) 895-6743
Email Address: aleibman@foxrothschild.com

> Application granted.  Respondent's motion to purge contempt may be filed under seal.  Respondent's motion shall be filed by March 15, 2017.  The Government shall file its response by March 16, 2017.  Oral argument shall be held by telephone on March 17, 2017 at 3 p.m.  Respondent's counsel shall provide a telephone number to which this Court can dial in.
>
> March 13, 2017
>
> SO ORDERED:
>
> /s/ William H. Pauley III
> WILLIAM H. PAULEY III
> U.S.D.J.
>
> 3-13-17

*VIA ECF*
Hon. William H. Pauley III, U.S.D.J.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    In re Various Grand Jury Subpoenas (Subject E)
           Misc. No. 12-381 (WHP)

Dear Judge Pauley:

    We represent Subject E, the respondent held in contempt by the Court in the Court's Opinion and Order, dated January 24, 2017 (Doc. #60). On Respondent's motion to purge contempt, the Court issued a subsequent Opinion and Order, dated February 13, 2017 (Doc. #65). Respondent believes there has now been full compliance with both Opinions and Orders, and seeks, in advance of the March 20th date when previously-delayed financial sanctions begin to take effect, to purge the contempt and vacate the citation and provision for sanctions.

    We wish to file a renewed Motion to purge of record, and write to request permission to file *in camera* and under seal a brief memorandum of law and a Declaration in support of the renewed Motion, as both reflect matters occurring before the grand jury, within the meaning of Fed. R. Crim. P. 6(e)(2)(B). (The Court has previously permitted, by endorsement memo, a similar protocol with regard to Respondent's papers in opposition to the Government's original motion for sanctions (*See* Doc. #47) and in support of Respondent's initial motion to purge (*See* Doc. #63)). Accordingly, we once again ask the Court's permission to make an *in camera* and under seal filing of the supporting papers by emailing the same to the Court's deputy clerk.

A Pennsylvania Limited Liability Partnership

California    Colorado    Connecticut    Delaware    District of Columbia
Florida    Nevada    New Jersey    New York    Pennsylvania



**Fox Rothschild** LLP
ATTORNEYS AT LAW

Hon. William H. Pauley III, U.S.D.J.
March 13, 2017
Page 2

      In light of the uncertain and potentially schedule-altering weather forecast for tomorrow, March 14th, we would respectfully request until the end of the day on March 15th to file our moving papers.  Of course, the Government will wish an opportunity to respond to the same.  Finally, to the extent the Court is left after reviewing the filings with any questions, we would like to request a telephonic conference or in-person hearing to address any such questions prior to the Court's ruling.

                                  Respectfully yours,

                                  Alain Leibman

AL/bc
cc.    AUSA Jared Lenow (*via ECF*)
        AUSA Katherine Reilly (*via ECF*)
        Matthew S. Adams, Esq. (*via ECF*)