# Exhibit A

# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Andrew C. Hruska
Direct Dial: +1 212 556 2278
Direct Fax: +1 212 556 2222
ahruska@kslaw.com

February 28, 2017

**BY EMAIL & HAND DELIVERY**

Alain Leibman, Esq.
Fox Rothschild LLP
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, New Jersey 08648

  Re: **Credit Suisse Account Records**

Dear Mr. Leibman,

  We received your letter dated February 17, 2017 concerning Credit Suisse AG ("*Credit Suisse*") account records.

  In order to disclose account records for any individual accounts held in ████████'s name or active accounts over which Ms. ████ has a current power of attorney, should any such accounts exist at Credit Suisse, Ms. ████ must execute and notarize the enclosed revised directive and return it along with a notarized copy of her current passport.

  The revised directive is identical to Ms. ████'s original directive to Credit Suisse dated February 1, 2017 except that it removes (1) the reference to the January 24, 2017 court order and (2) the request to disclose records directly to the U.S. Department of Justice. Under Swiss law, Credit Suisse cannot respond to the February 1, 2017 directive with those provisions included.

  Please note that, by virtue of this letter, Credit Suisse does not purport to make any statement concerning whether Ms. ████ is or was a client of Credit Suisse at any time.

  If you have any questions regarding this matter, please call me at 212.556.2278.

Alain Leibman, Esq.
February 28, 2017
Page 2

Very truly yours,

Andrew C. Hruska

Enclosure:     Revised Directive

<u>DIRECTIVE</u>

I, ████████████, of the State of New York in the United States of America, do hereby direct Credit Suisse ("the Bank") to disclose certain records listed below as to any account (i) held in my name, jointly or individually, or over which I had a power of attorney, or (ii) held in the name of ██████ Stiftung, or ██████ Foundation, a trust of which I have been either a beneficiary or a conditional beneficiary.

<u>Records to be disclosed</u>:

For the period January 1, 2005 through December 31, 2016, any records which (a) contain the name in which each such account is maintained, (b) the number or other designation of such account, (c) the name and address of the foreign bank or other person with whom such account is maintained, (d) the type of such account, and (e) the maximum value of each such account in each calendar year.

I request that disclosure of any qualifying records set forth above be made to my attorney, Alain Leibman, Esq., Fox Rothschild LLP, 997 Lenox Drive, Lawrenceville, New Jersey 08648, and I authorize Mr. Leibman to transmit this Directive to the Bank on my behalf. I agree to be responsible for any reasonable costs associated with the disclosure by the Bank.

I make no representation that I exercise or exercised control over the subject accounts, except for any accounts in my name or over which I held a power of attorney.

This Directive is intended to apply to the privacy and banking laws of any jurisdiction applicable to the Bank's activities and shall be construed as consent with respect thereto with regard to disclosure of records listed above.

_____                    DATED:_____

████████████████

Witnessed:

# Exhibit B

## TEMPLATE ACCOUNT RECORDS INSTRUCTION

[Date]

From:  [Client/Signatory/Beneficial Owner Full Name]
       [Client/Signatory/Beneficial Owner Full Address]

To:    Credit Suisse AG
       8050 Zürich
       Switzerland

Dear Sir or Madam:

My full name is [Client/Signatory/Beneficial Owner] and my date of birth is [X].  I hereby instruct and authorize CREDIT SUISSE AG to disclose copies of any and all account records in CREDIT SUISSE AG's possession relating to the account(s) (i) held in my name or (ii) in the case of a legal entity, for which I am director and/or beneficial owner and/or have individual signing authority (the "Accounts"), from the time of the account opening through the present as follows (the "Account Records"):

a)  documents identifying the account holder, the beneficial owner and/or authorized persons;

b)  account opening documents and further formalities, if any;

c)  correspondence between the bank and the account holder;

d)  any bank-internal documents pertaining to the Accounts that I as client, director, beneficial owner, and/or signatory am legally entitled to receive; and

e)  annual account statements and statements of assets.

Enclosed are [Documentation].  You have my direct authorization to provide all documents to [Legal Representative(s)] by mail, email, or facsimile.  [Legal Representative(s)] can be reached at:

[Legal Representative(s) Address]

I hereby waive all protections provided under the terms of all contractual arrangements with CREDIT SUISSE AG relating to the Account(s) and under the data protection, financial privacy, and/or bank secrecy laws of Switzerland.

I instruct CREDIT SUISSE AG to follow these instructions until revoked by myself expressly and in writing.  I confirm that I have consulted with specialized counsel, and that I am aware of the consequences that these instructions could have.

If you have any questions concerning this matter, please contact my [Legal Representative(s)] in writing at the address and/or email provided.  Thank you for your assistance.

- 2 -

Sincerely,


[Client/Signatory/Beneficial Owner]

Enclosure(s):  [Documentation]