**FOX ROTHSCHILD LLP**
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, New Jersey 08648
Telephone: (609) 896-3600
Facsimile: (609) 896-1469
*Attorneys for Respondent (Subject E)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VARIOUS GRAND JURY SUBPOENAS | 12 Misc. 381 (WHP)<br><br>**CONCLUDING MOTION OF SUBJECT E TO PURGE CONTEMPT AND VACATE CONTEMPT CITATION** |

**TO**:

Jared Lenow, AUSA
Katherine Reilly, AUSA
U.S. Attorney's Office
One St. Andrew's Plaza
New York, NY 10007

**SIR and MADAM**:

    **PLEASE TAKE NOTICE** that the undersigned attorneys for Subject E hereby bring a motion before the Hon. William H. Pauley, III, U.S.D.J., returnable on or before April 27, 2017, to conclude this proceeding with purgation of the contempt judgment and citation imposed against Subject E by Order of the Court dated January 24, 2017 (Doc. #60).

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, the undersigned relies upon a memorandum of law and Declaration of Alain Leibman in Support of Concluding Motion to Purge.

**PLEASE TAKE FURTHER NOTICE** that oral argument is not requested.

**PLEASE TAKE FURTHER NOTICE** that if the Court enters any but a purgation order in response to this concluding motion, then we respectfully move the Court to stay that order to allow Respondent to seek review in the Court of Appeals for what we submit would be evident error.

                                                    FOX ROTHSCHILD LLP
                                                    Attorneys for Respondent (Subject E)

DATED: April 17, 2017        By: _____
                                                        ALAIN LEIBMAN
                                                        Bar # AL8971

## CERTIFICATE OF SERVICE

I hereby certify that on this date the within Motion, supporting memorandum of law, and Declaration were served upon by Government via ECF, and that copies of all papers were served upon the Government via email to the following persons:

                            Jared Lenow, AUSA
                           Katherine Reilly, AUSA

                                                    FOX ROTHSCHILD LLP
                                                    Attorneys for Respondent (Subject E)

DATED: April 17, 2017        By: _____
                                                        ALAIN LEIBMAN
                                                        Bar # AL8971