UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                  :
In re:                                            :    12 Misc. 381
                                                  :
VARIOUS GRAND JURY SUBPOENAS                      :    SCHEDULING ORDER
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        In view of Respondent Subject E's latest motion to purge contempt, the Government is directed to file its response by 5:00 p.m. on April 19, 2017. Respondent Subject E may file a reply by 5:00 p.m. on April 20, 2017.

Dated: April 17, 2017
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.