UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                  :

In re:                                              12 Misc. 381
                                  :

VARIOUS GRAND JURY SUBPOENAS      ORDER
                                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        The sanctions period relating to Respondent Subject E's contempt citation, currently scheduled to commence on April 24, 2017, is suspended until this Court resolves Subject E's pending motion to purge contempt (ECF No. 74).

Dated: April 21, 2017
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.